## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

CONDRE, INC.,                                                     CIVIL NO. 04-971
                                                                                                        ADM/AJB

                 PLAINTIFF,

                                                                      ORDER ON PLAINTIFF'S MOTION TO
V.                                                                      ENTER CONFESSION OF JUDGMENT

NETWISE COMPANIES, INC.,
d/b/a/ SSI,

                 DEFENDANT.

---

Mark Luther, Esq., represents Condre Inc.

Allen Blair, Esq., with Greene Espel, P.L.L.P., represents NetWise Companies, Inc.

---

This matter is before the court on a Report and Recommendation from Magistrate Judge Arthur J. Boylan dated May 23, 2005. There being no objections filed to Magistrate Judge Boylan's Report and Recommendation,

        **THE COURT HEREBY ORDERS THAT**:

        1.      Plaintiff Condre's Motion to Enter a Confession of Judgment [Docket No. 31] is **granted**;

        2.      Civil Case No. 04-971 is opened for the purposes of entering Judgment;

        3.      Judgment is entered against NetWise in the amount of $103,793.40; and

        4.      Civil Case No. 04-971 is closed.

Dated: June 13, 2005                                                s/Ann D. Montgomery

                                                                              _____
                                                                              Ann D. Montgomery
                                                                              United States District Court